# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

**FILED**
JUL 17 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Koreontae Hardy )
_____ )
_____ ) Case Number: 13-699-GPM
_____ ) (Clerk's Office will provide)
*Plaintiff/Petitioner(s)* )
v. ) ☒ CIVIL RIGHTS COMPLAINT
Vienna Correctional Center ) pursuant to 42 U.S.C. §1983 (State Prisoner)
_____ ) ☐ CIVIL RIGHTS COMPLAINT
_____ ) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ ) ☒ CIVIL COMPLAINT
*Defendant/Respondent(s)* ) pursuant to the Federal Tort Claims Act,
) 28 U.S.C. §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:** Koreontae Hardy

A. Plaintiff's mailing address, register number, and present place of confinement. 6695 State Route 146 East Vienna Il, 62995
Vienna Correctional Center
IM# M36872

**Defendant #1:**

B. Defendant <u>Vienna Correctional Center</u> is employed as
    (a)  (Name of First Defendant)

_____
    (b)  (Position/Title)

with _____
    (c)  (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☐ Yes   ☒ No

If your answer is YES, briefly explain:

**Defendant #2:**

C. Defendant _____ is employed as

(Name of Second Defendant)

_____

(Position/Title)

with _____

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ❐ Yes   ❐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

II. PREVIOUS LAWSUITS

    A. Have you begun any other lawsuits in state or federal court relating to your imprisonment? ☐ Yes ☒ No

    B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

        1. Parties to previous lawsuits:
           Plaintiff(s): *none*

           Defendant(s): *none*

        2. Court (if federal court, name of the district; if state court, name of the county): *none*

        3. Docket number: *none*

        4. Name of Judge to whom case was assigned: *none*

        5. Type of case (for example: Was it a habeas corpus or civil rights action?): *none*

        6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *none*

        7. Approximate date of filing lawsuit: *none*

        8. Approximate date of disposition: *none*

III. **GRIEVANCE PROCEDURE**

    A.    Is there a prisoner grievance procedure in the institution? ☒ Yes     ☐ No

    B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?     ☐ Yes     ☒ No

    C.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    D.    If your answer is NO, explain why not.
    *Because they are not the Court*

    E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?     ☐ Yes     ☐ No

    F.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    G.    If your answer is NO, explain why not.

    H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

IV. **STATEMENT OF CLAIM**

    A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

June 7th 2013: 42 U.S.C § 241, 42 U.S.C § 242, 42 U.S.C § 1997, ((.) (.d.) 42 U.S.C § 1990, Ch.2 § 2.7

I was sent to Vienna Correctional Center on June 7th 2013 to building 19 2nd floor to 3rd floor Bed 33B on June 17th 2013 Im under Imenent danger, Gross neglagence, "Abestoes" punitive damages, Verosity, Perpensity, Mental Anguish, Torque Claim, Criminal Malfeasance with harmfull Intent, Reconstruction - Era Law, My due process - 14th/5th Amendments - My C.R.I.P Act, title 6 civil Acts are violated Laches 8th Admendment

There are pipes on the 2nd & 3rd floor above my head that contain "Abestoes". on the 2nd & 3rd floor water drips from ceiling when you are in the restroom. On the 2nd floor there is 2 toilets for 100 inmates to use daily. There is no water fountain on 2nd floor you get your drinking water out of sink in restroom. On 3rd floor there is 3 toilets on wing 4 there are 104 inmates on wing 4 and we all use the same toilets daily. When you flush the toilets the water splashes up on you and overflows into the floor. Also on both floors there is mold in restrooms and in living quarters. Mice and Rats get into my personal property and eat my food and my personal things. There are bugs and spiders in living quarters that crawl on me thru the night

(Rev. 7/2010)                                   5

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

$50,000,000 U.S.D. Tax Free

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 7-12-13
(date)

6695 State Route 146 East
Street Address

Vienna Il 62995
City, State, Zip

_____
Signature of Plaintiff

Koreontae Hardy
Printed Name

M36872
Prisoner Register Number

_____
Signature of Attorney (if any)